IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CEDRICK D. GREEN,

    Plaintiff,

vs.                        CASE NO. 4:07cv368-SPM/WCS

ARAMARK INCORPORATED,

    Defendant.

_____/

**ORDER OF REMAND**

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 8) dated September 21, 2007. Defendant has filed an objection (doc. 9). Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted.

Accordingly, it is

ORDERED AND ADJUDGED:

1.    The report and recommendation (doc. 8) is adopted and incorporated by reference in this order.

2.    Defendant's notice of removal (doc. 1) is denied.

3.    Plaintiff's motion to remand this case back to the state court (doc. 7) is granted, as Plaintiff's original complaint (doc. 1-2) presents only state law

claims and this Court lacks subject matter jurisdiction.

    4.    The Clerk of Court shall mail a certified copy of this order of remand to the clerk of the State court pursuant to 28 U.S.C. § 1447(c).

DONE AND ORDERED this 29th day of October, 2007.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge